**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**IN RE LORAZEPAM & CLORAZEPATE**
**ANTITRUST LITIGATION**


**This document relates to:**
**HEALTH CARE SERVICE CORPORATION,**            **MDL No. 1290**
      **Plaintiff,**                                         **Misc. No. 99-276 (TFH/JMF)**


      v.                                                 **Case No. 01-2646 (TFH/JMF)**


**MYLAN LABORATORIES, INC.,** *et al.*,
      **Defendants,**


      **-and-**


**BLUE CROSS BLUE SHIELD OF**
**MINNESOTA,** *et al.*,
      **Plaintiffs,**


      v.                                                 **Case No. 02-1299 (TFH/JMF)**


**MYLAN LABORATORIES, INC.,** *et al.*,
      **Defendants.**

**ORDER**

Pursuant to the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that each of the parties submit, by April 27, 2005, revised exhibit lists in

which they have eliminated all exhibits that either I or Chief Judge Hogan have ruled

inadmissible.  I shall thereafter resolve any remaining controversies.

**SO ORDERED.**

                               _____
                               JOHN M. FACCIOLA
                               UNITED STATES MAGISTRATE JUDGE

Dated: