**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE LORAZEPAM & CLORAZEPATE ) <br> ANTITRUST LITIG. ) <br> ) | MDL Docket No. 1290 (TFH/JMF) <br> Misc. No. 99-276 (TFH) |
| ) <br> HEALTH CARE SERV. CORP., ) <br>       **Plaintiff**, ) <br> ) <br>       v. ) <br> ) <br> MYLAN LABS., INC., *et al.*, ) <br>       **Defendants.** ) <br> ) | Civ. No. 01-2646 (TFH) |
| ) <br> BLUE CROSS BLUE SHIELD OF MINN., ) <br> BLUE CROSS BLUE SHIELD OF MASS., ) <br> and FEDERATED MUT. INS. CO. ) <br>       **Plaintiffs**, ) <br> ) <br>       v. ) <br> ) <br> MYLAN LABS., INC., *et al.*, ) <br>       **Defendants.** ) <br> ) | Civ. No. 02-1299 (TFH) |

## **ORDER**

Pending before the Court are (1) Plaintiffs' Joint Motion for Leave to File Amended Complaints [ECF. No. 1049], and (2) Plaintiffs' Joint Motion to Dismiss Claims and for Order for Remittitur [ECF No. 1051]. This Court will not rule on Plaintiffs' request for a remittitur at this time. However, with respect to the remainder of the motions, it is now

      **ORDERED**, that Plaintiffs' Joint Motion for Leave to File Amended Complaints is

**GRANTED**, and it is further

**ORDERED**, Plaintiffs' Joint Motion to Dismiss Claims and for Order for Remittitur is **GRANTED IN PART**, and it is further

**ORDERED**, that pursuant to Rule 21 of the Federal Rules of Civil Procedure, the claims of the 775 self-funded customers listed in the Declaration of Justin McLean and the corresponding Exhibits [ECF No. 1051-4] are **DISMISSED WITHOUT PREJUDICE**

**SO ORDERED.**

July 29, 2014

Thomas F. Hogan
UNITED STATES DISTRICT JUDGE